IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMERICAN MECHANICAL SOLUTIONS, LLC,

    **Plaintiff,**

v.                                                                             No. 13-cv-1062 SMV/KBM

NORTHLAND PROCESS PIPING, INC.
and UNISOURCE MANUFACTURING, INC.,

    **Defendants.**

and

NORTHLAND PROCESS PIPING, INC.,

    **Counterclaimant,**

v.

AMERICAN MECHANICAL SOLUTIONS, LLC,

    **Counterdefendnt.**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff has failed to take any steps to prosecute its claims for 151 days, or since September 30, 2013. *See* [Doc. 1-1] at 23; [Doc. 1-2] at 4 (Plaintiff's certificates of service, filed in state court). Accordingly, Plaintiff must show good cause within 30 days why its claims should not be dismissed without prejudice pursuant to D.N.M.LR-Civ. 41.1 (allowing for dismissal where the plaintiff takes no steps to move its case forward for 90 days).[1]

---

[1] In fact, Plaintiff has also failed to respond to Northland's counterclaim against it, and the Clerk has entered default [Doc. 7] and default judgment [Doc. 10] against Plaintiff.

**IT IS THEREFORE ORDERED** that Plaintiff show cause no later than **March 31, 2014**, why its claims should not be dismissed without prejudice for failure to prosecute under D.N.M.LR-Civ. 41.1.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**