IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMERICAN MECHANICAL SOLUTIONS, L.L.C.,

    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　　　　　No. CIV 13-1062 JB/SCY

NORTHLAND PROCESS PIPING, INC. and
UNISOURCE MANUFACTURING, INC.,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) the Stipulated Order of Dismissal with Prejudice of All Claims Against Defendant Unisource, filed April 8, 2015 (Doc. 89)("Stipulated Order of Dismissal"); (ii) Memorandum Opinion, filed April 30, 2016 (Doc. 134)("MO"); and (iii) Sealed Memorandum Opinion and Order, filed April 30, 2016 (Doc. 135)("Sealed MOO"). In the Stipulated Order of Dismissal, the Court dismissed with prejudice "all claims that were, or could have been brought by any party against Defendant Unisource or any related entities or individuals" with each party to bear its own costs and fees. See Stipulated Order of Dismissal at 1. In the MO, the Court dismissed American Mechanical's breach-of-contract and breach-of-the-implied-warranty-of-merchantability claims against Northland Process Piping, Inc. See MO at 1-2. In the Sealed MOO, the Court dismissed American Mechanical's breach-of-the-implied-warranty-of-fitness-for-a-particular-purpose claim against Northland Piping. See Sealed MOO at 1-2. There being no more claims before the Court, the Court hereby enters Final Judgment.

    **IT IS ORDERED** that this civil proceeding is dismissed with prejudice, and final judgment is entered.

                                                                                     _____
                                                                                     UNITED STATES DISTRICT JUDGE

*Counsel*:

Michael R. Demarco
The Law Offices of Michael R. Demarco
McIntosh, New Mexico

        *Attorney for the Plaintiffs*

Nicole M. Charlebois
Jessica Singer
Lindsey Rae Fooks
Chapman and Charlebois, P.C.
Albuquerque, New Mexico

-- and --

Daniel W. Lewis
Jenny L. Jones
Allen, Shepard, Lewis & Syra, P.A.
Albuquerque, New Mexico

        *Attorneys for Defendant Northland Process Piping, Inc.*

Jennifer G. Anderson
Tiffany L. Roach Martin
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
Albuquerque, New Mexico

        *Attorneys for Defendant Unisource Manufacturing, Inc.*